■ ROBERT J. KRICK, by CAROL KRICK, as Guardian ad Litem, et al., Plaintiffs, v ALCAN ROLLED PRODUCTS COMPANY et al., Defendants, FLUOR DANIEL, INC., Respondent, and STAMCO DIVISION OF MONARCH MACHINE TOOL Co., Appellant. [696 NYS2d 741] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Scudder and Balio, JJ.